*(original copy)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

Midland Division

Plaintiff(s): Franklin C. Smith

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): Sabrina Pastrain; Sasaria Baeza; Unknown Agent Provocateurs;

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. **7-22-CV-234-DC-RCG**
*(to be filled in by the Clerk's Office)*

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Franklin C. Smith
- Address: 902 W. Holland Ave.
  - City: Alpine
  - State: TX
  - Zip Code: 79830
- County: Brewster
- Telephone Number: (432)-244-4360
- E-Mail Address: F85446645@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Sabrina Pastrain / Homewood Suites
- Job or Title (if known): Assistant General Manager
- Address: 7221 Tres Hermanas
  - City: Odessa
  - State: TX
  - Zip Code: 79765
- County: Ector
- Telephone Number: (432)-563-2323
- E-Mail Address (if known): Sabrina.Pastrain@hilton.com

[✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- Name: Sasacia Baeza
- Job or Title (if known): General Manager / Homewood Suites
- Address: 7225 Tres Hermanas
  - City: Odessa
  - State: TX
  - Zip Code: 79765
- County: Ector
- Telephone Number: (432)-563-2323
- E-Mail Address (if known):

[✓] Individual capacity  [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: Unknown Black Female
Job or Title *(if known)*: Agent Provocateurs / Homewood Suites;
Address: 7221 Tres Hermanas
City: Odessa    State: TX.    Zip Code: 79765
County: Ector
Telephone Number: (432)-563-2323
E-Mail Address *(if known)*: N/A.

[✓] Individual capacity    [✓] Official capacity

Defendant No. 4
Name:
Job or Title *(if known)*:
Address:
City:    State:    Zip Code:
County:
Telephone Number:
E-Mail Address *(if known)*:

[ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Because the defendants were employed as "Agent Provocateurs" either volunteering information to State or Federal officials or employed by (by) officials, they are working in a State's capacity, therefore, are liable of Defrauding the Plaintiff by Deception constituting a Due Process Entrapment Violation under our Fourteenth Amendment Inter Alia.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Defendants in a concerted action had also made unlawful and blunt illegal attempts to defraud my Bank card after I was tossed out of Homewood Suites against my "Free Will & Self-Control" Constituting both a Criminal Violation and Civil violation of deprivation of our Constitutional "Freedom in The Pursuit of Happiness" as Guaranteed under our Constitutional Establishment.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Homewood Suites / Odessa, Texas.

B. What date and approximate time did the events giving rise to your claim(s) occur?

(October, 15th 2022) & (October, 19th 2022).

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On (October, 15th 2022) defendant Sabrina Partain took $1,053.74 off of my GO2Bank card with an improper fraudulent motive to deceive and defraud Plaintiff's Bank card and place Plaintiff in "Predictable Consequences" of Homelessness, Inter Alia; Such as, the agreement was for $1,053.74 to extend the stay at Homewood Suites til (November, 15th 2022), however, on (October, 19th 2022) Sasaria Baeza had breached the agreement and attempted to defraud my Bank card of a $5,000 dollars in concerted action with The Black Female as the "Agent Provocateurs", who Plaintiff recognized at the Candlewood Hotel in Odessa, TX. several months prior to this fraudulent attempt of committing online fraud of several hundred dollars establishing prima facie proof that this is an Enterprise operating under the Protection of the Democratic Party constituting a [R.I.C.O. Act of 1970] Violation cynically targeting Republicans.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

(Causal Connection)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. "Because this Enterprise consist of a wide range of Individuals Across This Country" colluding with certain law enforcement officials tantamount to and connected with Chief of Police; Tim Vasquez of San Angelo, TX. was convicted to 15½ yrs. under The [R.I.C.O. Act] of 1970 targeting Plaintiff's Bank cards among many other U.S. Citizens compelling him onto the Streets homeless posting his movement while linking up with law enforcement to have Chief, Hernandez and his Subordinate, Eric Rodriguez arrest Plaintiff on (June, 15th 2022) in Presidio, TX. Without probable cause or Due process of law enduring Severe psychological and physical pain and suffering of 12 hrs. of tight hand-cuffing and cold naked isolation cells and still ongoing from this exclusive group of business officials in collusion with law enforcement, relatives, and others associated with The Democratic Party it has caused a tremendous amount of psychological and irreparable physical damages.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. "Due to the Fact" that this is still ongoing and many U.S. Citizens had suffered from this inherently dangerous and destructive enterprise both operating nationally and internationally intersecting with both Civil & Criminal Violations the Court has the inescapable obligation under oath to first charge the defendants with crimes that fits the nature of the offenses. Otherwise, it would be impeding "Due Process of The Law" under our Fourteenth Amendment to our United States Constitution and Subject the Court to a "Judicial misconduct complaint" and potential Federal Charges Pursuant to: Federal Criminal Statute; (28 U.S.C. 2052).
Therefore; The Plaintiff request a fair amount of $500,000,000 million dollars due to the past and ongoing pain and suffering;
* And immediately by demand Federal Rule; 25(a) being inherently enticing and corrupt must be suspended until the resolution of this case.
And whatever else the Court deems appropriate of which is not adverse to the Plaintiff's claims or our Beloved Constitutional Establishment.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 31st 2022

Signature of Plaintiff: Franklin C. Smith
Printed Name of Plaintiff: Franklin C. Smith

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Address: N/A
N/A       TX    79765
City      State  Zip Code

Telephone Number: N/A
E-mail Address: N/A

*Prima Facie Proof & Document allowing The Court to: Grant A Directed verdict In Plaintiff's Favor.

**JOIN TODAY AND GE[T] MORE BENEFITS THAN EVER BEFORE.**
Hilton Honors benefits include:
- Our Best Price
- Free Wi-Fi*
- Choose Your Room
- Digital Key

Download the award-winning Hilton Honors app to access even more benefits.

*Standard Wi-Fi is free. Premium has a fee. Not free at properties with a resort charge. The hotel will never call your room to ask for credit card information.

6,806.
-5,640
_____
1.016

125 (Checkout Date)
Room Number
NOV-11 / 11-2022.
Check-Out Date



ATTN:
Clerk,
United State District Court
Western District of Texas
200 E. Wall Street Rm-222
Midland, Tx. 79701.

RECEIVED

NOV 0 1 2022

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY