IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **FRANKLIN C. SMITH,**<br>    *Plaintiff*,<br><br>v.<br><br>**SABRINA PARTAIN,**<br>**HOMEWOOD SUITES,**<br>**ASSISTANT GENERAL**<br>**MANAGER; SASARIA BAEZA,**<br>**GENERAL MANAGER**<br>**HOMEWOOD SUITES; AND**<br>**UNKNOWN BLACK FEMALE,**<br>**AGENT PROROCATEUS**<br>**HOMEWOOD SUITES;**<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MO:22-CV-00234-DC |

## **FINAL JUDGEMENT**

BEFORE THE COURT is the above-entitled cause of action. On this same date, the Court rendered an order dismissing Plaintiff's Complaint. Accordingly, the Court renders Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

It is therefore **ORDERED** that Plaintiff Franklin C. Smith's Complaint is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).  (Doc. 1).

It is finally **ORDERED** that this case is hereby **CLOSED**.

It is so **ORDERED**.

SIGNED this 16th day of February, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE